UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

QUENTON DEBERRY, 252396,

      Plaintiff,

Civil Action No. 21-cv-10409
HON. BERNARD A. FRIEDMAN
MAG. ELIZABETH A. STAFFORD

vs.

UNKNOWN KALISIK, *et al.*,

      Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION (ECF NO. 67) TO DISMISS WITHOUT PREJUDICE THE RETALIATORY MISCONDUCT CLAIM AGAINST DEFENDANT LENNOX

This matter is before the Court on a Report and Recommendation ("R&R") issued by Magistrate Judge Elizabeth Stafford recommending that the Court dismiss without prejudice the retaliatory misconduct claim against defendant Lennox. (ECF No. 67).

No party has filed an objection to the R&R and the time to do so has passed. The Court has reviewed the parties' supplemental filings (ECF Nos. 64, 65, 66) and the R&R and agrees with the magistrate judge's analysis and recommendation. Accordingly,

IT IS ORDERED that Magistrate Judge Stafford's R&R (ECF No. 67) is hereby accepted and adopted as the findings and conclusions of the Court.

IT IS FURTHER ORDERED that the retaliatory misconduct claim against defendant Lennox is DISMISSED WITHOUT PREJUDICE.

SO ORDERED.

Dated: April 13, 2023
    Detroit, Michigan

s/Bernard A. Friedman
Bernard A. Friedman
Senior United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first-class U.S. mail on April 13, 2023.

Quenton Debarry #252396
LAKELAND CORRECTIONAL FACILITY
141 FIRST STREET
COLDWATER, MI 49036

s/Johnetta M. Curry-Williams
Case Manager